# EXHIBIT 1

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217(DSC)
NACC0422400 (WAMO)
1443C3059980901
TO T3059989135

September 15, 2006

Grunley-Walsh LLC
5010 Nicholson Lane, Suite 200
Rockville, MD 20852

FAX 301-881-8083

Attn: Bassem Soueidan, Operations Manager

RE: Washington Monument Physical Security System; Contract No. 1443CX305998901; Task Order No. 35

Subject: Certified Claim; Survey Lodge Flood Damage: $183,409

Your subject claim, dated July 14, 2006 was received in this office on July 17, 2006.

This letter is to advise you that you will receive the Contracting Officer's final decision related to the claim by October 16, 2006.

If you have any questions, feel free to call me at 303-969-2118.

Sincerely,

John M. Fox
Contracting Officer

cc: Regional Director, NCR
NAMA Supt, Keys
DSC-D&C, Aitken, Alexander, Giller