# EXHIBIT 3

COPY

RECEIVED
JAN - 3 2007
DSC
CONTRACTING SERVICES

Grunley-Walsh

5010 Nicholson Lane, Suite 200
Rockville, MD 20852

# Washington Monument Physical Security System
# Contract No. 1443CX305998901; Task Order Nos. 19-33

# Certified Claim/Request For Equitable Adjustment to Contract Amount
## Additional A/E Services and Unpaid Task Order Billings - $525,300

# Request For Contracting Officer's Final Decision




**Submitted: December 28, 2006**

301-881-8081 www.grunley-walsh.com fax 301-881-8083

RECEIVED
JAN - 3 2007
DSC
CONTRACTING SERVICES

# GRUNLEY-WALSH, LLC

## LETTER OF TRANSMITTAL

TO: US Dept. of The Interior - NPS
Denver Services Center
12795 W. Alameda Parkway
P. O. Box 25287
Denver, CO 80225-0287

DATE: December 28, 2006

JOB #: 01-057

RE: Washington Monument Physical Security Systems
Physical Security System Task Order Nos. 19 - 33
Contract No. 1443CX305998901

ATTN.: John M. Fox, Contracting Officer

We are sending you the following items ☐ attached ☐ under separate cover via UPS - Next Day

☐ Submittal/Dwgs ☐ Prints ☐ Plans ☐ Samples ☐ Specifications
☐ Copy of letter ☐ Plans ☐ Change order Other:

| COPIES | DATE | SBMTL # | DESCRIPTION | DIVISION |
|---|---|---|---|---|
| 1 | 12/28/2006 | | Letter - Original | |
| 4 | | | Additonal A/E Services & Unpaid Task Order Billings Notebook: Certified Claim/Request for | |
| | | | Equitable Adjustment to Contract Amount - Request for Contracting Officer's Final Decision. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

THESE ARE TRANSMITTED:

☐ For approval
☐ For your use
☐ As requested
☐ For review and comment
☐ FOR BID DUE:

☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Prints returned after loan
☐ Other:

☐ Resubmit ____ copies for approval
☐ Submit _____ copies for distribution
☐ Please Return _____ reviewed copies

Remarks:

By: *Bassem Soueidan, Operations Manager*
Carmina Mendoza, Administrative Assistant

5010 Nicholson Lane, Suite 200
Rockville, MD 20852
301-881-8081 - Fax: 301-881-8083

Grunley-Walsh

5010 Nicholson Lane, Suite 200
Rockville, MD 20852

RECEIVED
JAN - 3 2007
DSC
CONTRACTING SERVICES

December 28, 2006

United States Department of
The Interior – NPS
Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287
**ATTN: John M. Fox, Contracting Officer**

**RE: Washington Monument Physical Security System**
**Contract No. 1443CX305998901; Task Order Nos. 19-33**

**Subj: Certified Claim/Request For Equitable Adjustment to Contract Amount**
**Additional A/E Services & Unpaid Task Order Billings - $525,300**

**Request For Contracting Officer's Final Decision**

**Ref: 2/28/06 GW Proposal for Additional A/E Services**
**9/8/05 GW Proposal for Additional Landscape Design and CA Services**
**9/6/05 GW Cost Submission for Signage Design Costs**
**8/31/05 GW Proposal for Design Services to Adjust DCWASA Stop Log System**
**8/12/05 GW Proposal for Irrigation Redesign Costs to Provide Water Source for the Irrigation System**

Dear Mr. Fox:

Reference is made to our Contract for the above project including Task Order Nos. 19 through 33. Reference is also made to our rejected invoices for these Task Orders and to our prior cost submissions for Additional Architect / Engineer services required by the Park Service as a change to our Contract. Although the Park Service has paid for a portion of the submitted additional change work costs, the Park Service has failed to pay for the balance of this change work and for the balance of certain Task Order billings. These unpaid amounts total **$525,300.**

Grunley-Walsh is herewith submitting these unpaid costs as a Certified Claim / Request For Equitable Adjustment ("REA") in accordance with the Contract Disputes Clause and the Contract Disputes Act. Attached as **EXHIBIT 1** is a complete cost itemization as well as supporting cost data for the additional costs requested herein. In submitting these claimed costs, we request a Contracting Officer's Final Decision on this matter within 60 days.

**Entitlement Overview**

On May 6, 1998 Grunley-Walsh was awarded an Indefinite Quantity Contract to stabilize and preserve the Washington Monument (Contract No. C3059980901). Pursuant to Contract Modification No. 0007, dated November 15, 2001, the General Provisions to our original contract were deleted and replaced with revised contract clauses which included certain FAR provisions incorporated by reference. Two of these provisions were the Changes clause (FAR 52.243-04 August 1987) and the Disputes clause (FAR 52.233-01 December 1998).

In accordance with the Contract, the following Task Orders were issued to provide services for Schematic Design, Design Development and Supplemental Services for the Washington Monument Vehicle Barrier System and for a potential Underground Visitor Screening Facility (the "A/E TOs"):

| Task Order | Task Order No. | Date | Description | Original Task Order Amount | Total Task Order Modifications | Adjusted Task Order Amount |
|---|---|---|---|---|---|---|
| 19 | T3059989119 | 11/15/2001 | Miscellaneous Meetings | $9,985.00 | $0.00 | $9,985.00 |
| 20 | T3059989120 | 12/11/2001 | Design Competition | $60,000.00 | $0.00 | $60,000.00 |
| 21 | T3059989121 | 1/8/2002 | Miscellaneous Meetings | $9,985.00 | $0.00 | $9,985.00 |
| 22 | T3059989122 | 2/1/2002 | Geo Tech (Survey and Core Drilling) | $144,560.00 | $0.00 | $144,560.00 |
| 23 | T3059989123 | 2/7/2002 | Elevator Services (Cleaning) | $35,000.00 | ($7,000.00) | $28,000.00 |

| Task Order | Task Order No. | Date | Description | Original Task Order Amount | Total Task Order Modifications | Adjusted Task Order Amount |
|---|---|---|---|---|---|---|
| 24 | T3059989124 | 2/25/2002 | Environmental Assessment Report | $178,499.00 | $5,698.91 | $184,197.91 |
| 25 | T3059989125 | 3/14/2002 | Cultural Landscape Report / Historic Structure Report | $378,043.00 | $96,371.00 | $474,414.00 |
| 26 | T3059989126 | 3/14/2002 | Security Assessment | $3,800.00 | $0.00 | $3,800.00 |
| 27 | T3059989127 | 3/21/2002 | Miscellaneous Meetings | $175,000.00 | $0.00 | $175,000.00 |
| 28 | T3059989128 | 4/11/2002 | Design Development - Landscape/Security Building | $2,536,673.00 | $426,941.00 | $2,963,614.00 |
| 29 | T3059989129 | 5/8/2002 | Value Analysis Report | $60,885.00 | $0.00 | $60,885.00 |
| 30 | T3059989130 | 7/29/2002 | Exhibit Design & Cost Estimate | $410,292.00 | $0.00 | $410,292.00 |
| 31 | T3059989131 | 11/6/2002 | Miscellaneous Meetings | $5,000.00 | $0.00 | $5,000.00 |
| 32 | T3059989132 | 1/7/2003 | Revised Schematic Design & NCPC/CFA Presentations | $195,406.00 | $140,576.00 | $335,982.00 |
| 33 | T3059989133 | 6/30/2003 | Measured Drawings/Leed Sessions | $10,120.00 | $0.00 | $10,120.00 |
| | | | TOTALS | $4,213,248.00 | $662,586.91 | $4,875,834.91 |

With respect to these A/E TOs, the following payments have been received and the following unpaid balances remain:

| Task Order | Description | Original Task Order Amount | Total Task Order Modifications | Adjusted Task Order Amount | Total Task Order Payments Received | Unpaid Task Order Balance |
|---|---|---|---|---|---|---|
| 19 | Miscellaneous Meetings | $9,985.00 | $0.00 | $9,985.00 | $9,985.00 | $0.00 |
| 20 | Design Competition | $60,000.00 | $0.00 | $60,000.00 | $60,000.00 | $0.00 |

| Task Order | Description | Original Task Order Amount | Total Task Order Modifications | Adjusted Task Order Amount | Total Task Order Payments Received | Unpaid Task Order Balance |
|---|---|---|---|---|---|---|
| 21 | Miscellaneous Meetings | $9,985.00 | $0.00 | $9,985.00 | $9,985.00 | $0.00 |
| 22 | Geo Tech (Survey and core drilling) | $144,560.00 | $0.00 | $144,560.00 | $144,560.00 | $0.00 |
| 23 | Elevator Services | $35,000.00 | ($7,000.00) | $28,000.00 | $28,000.00 | $0.00 |
| 24 | Environmental Assessment Report | $178,499.00 | $5,698.91 | $184,197.91 | $184,197.91 | $0.00 |
| 25 | Cultural Landscape Report / Historic Structure Report | $378,043.00 | $96,371.00 | $474,414.00 | $436,806.51 | **$37,607.49** |
| 26 | Security Assessment | $3,800.00 | $0.00 | $3,800.00 | $3,800.00 | $0.00 |
| 27 | Miscellaneous Meetings | $175,000.00 | $0.00 | $175,000.00 | $175,000.00 | $0.00 |
| 28 | Design Development - Landscape/Security Building | $2,536,673.00 | $426,941.00 | $2,963,614.00 | $2,949,010.36 | **$14,603.64** |
| 29 | Value Analysis Report | $60,885.00 | $0.00 | $60,885.00 | $60,885.00 | $0.00 |
| 30 | Exhibit Design & Cost Estimate | $410,292.00 | $0.00 | $410,292.00 | $110,460.12 | **$299,831.88** |
| 31 | Miscellaneous Meetings | $5,000.00 | $0.00 | $5,000.00 | $1,478.24 | **$3,521.76** |
| 32 | Revised Schematic Design & NCPC/CFA Presentation | $195,406.00 | $140,576.00 | $335,982.00 | $284,032.18 | **$51,949.82** |
| 33 | Measured Drawings/Leed Sessions | $10,120.00 | $0.00 | $10,120.00 | $3,731.00 | **$6,389.00** |
| | **TOTALS** | **$4,213,248.00** | **$662,586.91** | **$4,875,834.91** | **$4,461,931.32** | **$413,903.59** |

The reasons for non payment of these outstanding Task Order balances vary by Task Order but essentially are as follows:

**Task Order 25**: Both the Historic Structure Report and the Cultural Landscape Report (including the final edits requested by the Park Service), required by this Task Order, have been completed and submitted. There is no reason why the unpaid balance of $37,607.49 should not be paid. As such, these costs are claimed herein.

**Task Orders 28 and 30**: The work of Task Order 28 involved preparation of the schematic design and design development for the project, including the proposed Visitor Screening Facility. The work of Task Order 30 involved the design of the Exhibit space in the proposed Visitor Screening Facility. However, by letter dated October 9, 2003, the Contracting Officer directed that all work with respect to the Visitor Screening Facility be stopped.[1] At the time, the schematic design and design development work for the Visitor Screening Facility (TO 28) was approximately 90% complete. The Exhibit design work (TO 30) was approximately 40% complete.[2] The unpaid balance of Task Order 30, which totals $299,831.88, is not claimed herein.

The unpaid balance of Task Order 28, however, which totals $14,603.64, for which the Park Service has rejected billings, is claimed. This amount represents $120.26 still due for the Task Order 28, Mod. 5, Lighting Redesign Work and $14,483.38 still due for the Task Order 28, Mod. 6., Lodge Rehabilitation Design Work.

**Task Order 31**: Prior to the design work for the Visitor Screening Facility (and the Exhibit space therein) being stopped, Task Order 31 was issued to "enable the CM to provide services not specifically contracted for under other task orders and/or to attend previously unscheduled meetings with NPS or other personnel." However, the NPS has rejected billings under this Task Order for any services unrelated to meetings with the Commission of Fine Arts

---

[1] The stop work directive did not apply to the completion of the schematic design and design development for the remaining aspects of the project involving the security barrier system and other landscaping work.

[2] Although the Contracting Officer's letter of October 9, 2003 only referenced the Task Order 28 work, it was understood that since the Visitor Screening Facility was not going to be built the Task Order 30 Exhibit design work was also to be stopped.

("CFA") and/or the National Capital Planning Commission ("NCPC"). As a result, billings for other meetings related to the design of the project were rejected and their remains an outstanding Task Order balance of $3,521.76. This amount is not claimed herein.

**<u>Task Order 32</u>:** Task Order 32 was also issued prior to the design work for the Visitor Screening Facility (and the Exhibit space therein) being stopped. It was to "enable the CM [i.e. Grunley Walsh] to prepare and present a revised schematic design to the Commission of Fine Arts (CFA) . . . and National Capital Planning Commission (NCPC) . . . ." Modification No.1 to Task Order 32 was then subsequently issued as a follow up to the presentation made to NCPC to "enable the CM to prepare and present a maximum of four (4) preliminary design alternatives for the lodgehouse (screening/visitor center facility) to the National Capital Planning Commission . . . ." This modification also required the preparation of a cost estimate reflecting the latest preliminary design scheme for the project. The work related to this Task Order (and Modification No. 1) was substantially completed prior to the design work for the Visitor Screening Facility being stopped. However, the Park Service has rejected billings for the unpaid balance of this Task Order totaling $51,949.82. This amount is not claimed herein.

**<u>Task Order 33</u>:** Task Order 33 was the final design related Task Order issued by the Park Service. It too was issued before the design work for the Visitor Screening Facility was stopped. The Task Order involved two parts. The first part was to conduct a session relating to "green" design (i.e. environmentally friendly design) for the project. This part of the Task Order was completed and paid.

The second part of Task Order 32 involved the preparation of measured drawings (i.e. similar to as-built drawings) of the existing Monument Lodge structure. This work was also performed and completed. However, even though the drawings were submitted, the Park Service has refused to pay for the drawings. As, such, the Park Service has rejected billings for the unpaid balance of this Task Order totaling $6,389.00. This amount is claimed herein

As the Park Service is aware, the scope of work required by Task Orders 19 through 33 did not include providing A/E services relating to: (1) the preparation of construction documents; (2) construction administration services; (3) attending construction phase meetings; and/or (4) providing additional design services beyond the scope of Task Orders 19 through 33. As the Park Service is also aware, the construction work required by Task Order 35 could not be performed with out these additional A/E services.

Initially, funding for these additional A/E services was not a concern. This was due to the fact that when the design of the Visitor Screening Facility was stopped, there remained unexpended funds in several Task Orders, especially in Task Order's 28 and 30. For this reason, at the direction of the Contracting Officer, John M. Fox, and the Contracting Officer's Representative, Mike Donnelly, Grunley Walsh was instructed to submit invoices for such services in payment applications for Task Order No. 28.

In accordance with this direction, the following invoices were submitted by Grunley Walsh for payment as part of our Task Order No. 28 billings:

| GW | A/E Invoices For CD, CA & Other Services | | | | |
|---|---|---|---|---|---|
| Req. Seq. | Date | Vendor | Inv. # | Service Type | Total Billed |
| TO 28-12 | 11/06/03 | Joseph R. Loring & Assoc | 60681 | Steam Tunnel DD | Ommitted |
| TO 28-12 | 10/02/03 | Joseph R. Loring & Assoc | 60415 | Steam Tunnel DD | $3,765.47 |
| TO 28-12 | 09/16/03 | Joseph R. Loring & Assoc | 60223 | Steam Tunnel DD | $9,259.05 |
| TO 28-12 | 10/21/03 | Wiles Mensch | 18594 | Steam Tunnel DD | $22,189.53 |
| TO 28-12 | 06/17/03 | Wiles Mensch | 18203 | Steam Tunnel DD | $18,427.43 |
| TO 28-12 | 07/16/03 | Wiles Mensch | 18347 | Steam Tunnel DD | $12,284.96 |
| TO 28-12 | 09/05/03 | TT Cutts | MM2525.5-1 | Steam Tunnel DD | $12,500.00 |
| TO 28-12 | 10/03/03 | TT Cutts | MM2525.5-2 | Steam Tunnel DD | $6,250.00 |
| TO 28-13 | 03/30/04 | Olin Partnership | 2108394 | CD | $30,636.09 |
| TO 28-14 | 04/14/04 | Olin Partnership | 2108410 | CA | $6,290.56 |
| TO 28-14 | 04/14/04 | Olin Partnership | 2108411 | CA | $13,738.84 |
| TO 28-14 | 04/14/04 | Olin Partnership | 2108409 | Lighting | $209.42 |
| TO 28-14 | 04/28/04 | Olin Partnership | 2108464 | Lighting | $15,799.15 |
| TO 28-14 | 04/16/04 | TT Cutts | MM2526.03-1 | CA/CD | $3,072.00 |

| Req. Seq. | Date | Vendor | Inv. # | Service Type | Total Billed |
|---|---|---|---|---|---|
| TO 28-14 | 04/16/04 | TT Cutts | MM2526.02-1 | Constr. Phase Mtgs. | $1,192.57 |
| TO 28-14 | 04/22/04 | Wiles Mensch | 19065 | CD | $1,502.74 |
| TO 28-15 | 04/19/04 | Olin Partnership | 2108422 | CD | $13,949.95 |
| TO 28-15 | 05/27/04 | Olin Partnership | 2108527 | CA | $9,719.93 |
| TO 28-16 | 06/25/04 | Geo Concepts | 24004-5 | CD | $10,055.59 |
| TO 28-16 | 06/22/04 | Olin Partnership | 2108582 | Lighting | $1,047.20 |
| TO 28-16 | 06/21/04 | Olin Partnership | 2108581 | CA | $7,340.95 |
| TO 28-16 | 03/30/04 | Olin Partnership | 2108393 | Lighting | $5,543.69 |
| TO 28-17 | 07/29/04 | Geo Concepts | 246065-3 | Field Technician | $5,377.00 |
| TO 28-17 | 07/29/04 | Geo Concepts | 246065-3 | Principal | $62.00 |
| TO 28-17 | 07/21/04 | Olin Partnership | 2108629 | Lighting | $2,541.92 |
| TO 28-17 | 07/21/04 | Olin Partnership | 2108625 | CA | $10,477.77 |
| TO 28-17 | 07/21/04 | Olin Partnership | 2108624 | CD | $2,976.73 |
| TO 28-17 | 07/08/04 | Wiles Mensch | 19254 | CD | $7,228.97 |
| TO 28-18 | 08/25/04 | Olin Partnership | 2108750 | Lighting | $1,009.38 |
| TO 28-18 | 08/25/04 | Olin Partnership | 2108751 | CA | $3,821.62 |
| TO 28-18 | 07/31/04 | Fisher Marantz Stone | 9497 | Lighting Mock-up | $13,176.49 |
| TO 28-19 | 09/28/04 | Olin Partnership | 2108813 | CA | $8,374.00 |
| TO 28-20 | 10/21/04 | Olin Partnership | 2108890 | CA | $4,191.71 |
| TO 28-21 | 11/17/04 | Olin Partnership | 2108940 | CA | $7,129.04 |
| TO 28-22 | 12/13/04 | Olin Partnership | 2108996 | CA | $6,771.74 |
| TO 28-23 | 01/20/05 | Olin Partnership | 2109097 | CA | $7,496.55 |
| TO 28-24 | 02/22/05 | Olin Partnership | 2109159 | CA | $5,568.48 |
| TO 28-25 | 03/21/05 | Olin Partnership | 2109213 | CA | $6,524.89 |
| TO 28-25 | 03/21/05 | Olin Partnership | 2109212 | Lighting | $24.10 |
| TO 28-25 | 02/18/05 | TT Cutts | MM2526.02-9 | CA | $978.30 |
| TO 28-26 | 04/19/05 | Olin Partnership | 2109279 | CA | $5,158.01 |
| TO 28-26 | 04/19/05 | Olin Partnership | 2109302 | CA | $935.02 |
| TO 28-27 | 05/19/05 | Olin Partnership | 2109376 | Project Mtgs | $5,691.36 |
| TO 28-27 | 05/19/05 | Olin Partnership | 2109375 | CA | $13,903.46 |
| TO 28-28 | 06/17/05 | Olin Partnership | 2109423 | CA | $4,322.26 |
| TO 28-28 | 06/17/05 | Olin Partnership | 2109421 | CA | $19,163.99 |
| TO 28-28 | 06/17/05 | Olin Partnership | | Lighting | $4,979.90 |
| TO 28-29 | 07/21/05 | Olin Partnership | 2109536 | CA | $2,653.02 |
| TO 28-29 | 08/23/05 | Olin Partnership | 2109570 | CA | $14,395.26 |
| TO 28-29 | 10/21/05 | Olin Partnership | 2109571 | CA | $1,552.30 |
| | | **TOTAL INVOICED FOR ADDITIONAL A/E SERVICES** | | | **$371,260.39** |

The Park Service's payment of these invoices clearly established a course of dealing and an acknowledgement that such services represented a constructive change to the Contract for which Grunley Walsh was entitled to payment. However, as the Park Service is aware, the

invoices for additional A/E services far exceed the $371,260 for which payment has been authorized and processed. Further, when Grunley Walsh attempted to submit these invoices as part of our requisitions for other A/E TOs, the requisitions were rejected and payment was denied.

By letter dated February 28, 2006 (copy attached as **EXHIBIT 2**), Grunley Walsh submitted a cost proposal for a portion of the additional A/E services. This letter has never been addressed or responded to by the Park Service.

Similarly, when Grunley Walsh submitted change proposals for certain specific additional A/E services, they too were never addressed by the Park Service. The first of these proposals was submitted by letter dated August 12, 2005 (copy attached as **EXHIBIT 3**). This proposal was in the amount of $70,698 and was for additional A/E services related to the redesign of the irrigation system required for the project to provide for a water source. As the Park Service is aware, when they made the decision not to utilize the Tidal Basin as a water source for the irrigation system, Grunley Walsh was asked to provide a design for an alternative water source. This change work included coordination with various regulatory agencies, DCWASA and PEPCO and submissions for service class upgrades. It also required a redesign of the irrigation water supply drawings to include a new type of pump vault station, wiring layouts, and coordination of the final locations of the RPZ, vaults, and power source.

The second of these change proposals for additional A/E services was submitted by letter dated August 31, 2005 (copy attached as **EXHIBIT 4**). This proposal was in the amount of $6,850 and related to engineering services requested by the Park Service to adjust the DCWASA Stop Log system. Pursuant to Grunley Walsh's letter dated August 15, 2005 (copy included in **EXHIBIT 4**) the Park Service directed this change work to proceed on a T&M basis.

The third change proposal for additional A/E services was submitted by letter dated September 6, 2005 (copy attached as **EXHIBIT 5**). This proposal was in the amount of $14,616 and related to design services / construction documents requested by the Park Service to provide the "wayfinding" signage.

The fourth change proposal for additional A/E services was submitted by letter dated September 8, 2005 (copy attached as **EXHIBIT 6**). This proposal was in the amount of $63,725 and related to design services requested by the Park Service for: (1) redesign of the plaza behind the Monument Lodge; (2) design of additional wall lighting at the Monument Lodge horseshoe wall; (3) design documentation for the German American garden area; and (4) additional design work relating to the Sylvan Theatre plaza layout..

## Quantum Overview

To compute the additional costs sought in this claim, Grunley Walsh has reviewed our vendor invoicing to the Park Service and payments from the Park Service for services performed in connection with Task Order Nos. 19-33. The following amounts remain unpaid for vendor invoicing associated with additional A/E services provided at the Park Service's direction:

**1. Geoconcepts Engineering / Geo Services Corp – $101,630.57:** These costs represent the unpaid construction engineering services performed on and off site, primarily for soil and concrete testing/analysis. In accordance with the meeting between Grunley Walsh and the Park Service (i.e. John Fox and Mike Donnelly), Grunley Walsh was instructed to invoice for these services in the Task Order 28 payment applications. As indicated herein, a portion of these invoices (i.e. $15,494.59) were paid. The claimed amount represents the unpaid balance for these services, which the Park Service recognized was a change to the Contract and to the requirements of Task Order 28.

2. **Joseph R. Loring & Associates - $14,070.46**: These costs represent: (1) an unpaid (omitted) invoice in the amount of $3,519.60 relating to design development work for the relocation of an existing GSA steam tunnel that was expected to conflict with the proposed underground Visitor Screening Facility; and (2) $10,550.86 relating to preparation and coordination of design and construction documents for the electrical aspects of the irrigation system finally required by the Park Service. The Park Service was fully aware of these additional design services. In fact, as indicated herein, a portion of the invoices (i.e. $13,024.52) for the design work relating to the relocation of the GSA steam tunnel were previously paid. Further, the invoices relating to the irrigation design were initially submitted beginning in December 2004 (but were never paid). As such, Grunley Walsh re-submitted the Loring invoices as part of the August 12, 2005 change proposal for the irrigation redesign work (see **EXHIBIT 3**). The claimed amount represents the unpaid balance for these services, which the Park Service recognized was a change to the Contract and to the requirements of Task Order 28.

3. **Lynch & Associates, Ltd. - $17,621.00**: These costs represent: (1) unpaid services for the preparation and coordination of design and construction documents for the irrigation system finally required by the Park Service; and (2) construction administration services relating to the actual installation of the irrigation system. The Park Service was fully aware of these additional services and the ongoing effort that was required to finalize the design for the irrigation system. Lynch & Associates May 10 2005 invoice as included as part of the August 12, 2005 change proposal for the irrigation redesign work (see **EXHIBIT 3**). The claimed amount represents the unpaid balance for these services, which the Park Service recognized was a change to the Contract and to the requirements of Task Order 28.

4. **Olin Partnersip - $167,952.22**: These costs represent the unpaid services provided for: (1) preparation of construction documents/drawings; (2) the performance of additional design services as outlined in our September 8, 2005 cost submission; (3) the performance of construction administration services; and (4) the attendance at numerous project

meetings during the construction phase of the project. In accordance with the meeting between Grunley Walsh and the Park Service (i.e. John Fox and Mike Donnelly), Grunley Walsh was instructed to invoice for these services in the Task Order 28 payment applications. As indicated herein, a portion of these invoices (i.e. $243,938.29) were paid. The claimed amount represents the unpaid balance for these services, which the Park Service recognized was a change to the Contract and to the requirements of Task Order 28.

5. **Thornton Thomasetti Cutts / Group – $13,102.58:** These costs represent the unpaid invoices for services relating to: (1) design development work for the relocation of the existing GSA steam tunnel that was expected to conflict with the proposed underground Visitor Screening Facility; (2) the performance of construction administration services; and (3) the attendance at numerous project meetings during the construction phase of the project. In accordance with the meeting between Grunley Walsh and the Park Service (i.e. John Fox and Mike Donnelly), Grunley Walsh was instructed to invoice for these services in the Task Order 28 payment applications. As indicated herein, a portion of these invoices (i.e. $23,992.87) were paid. The claimed amount represents the unpaid balance for these services, which the Park Service recognized was a change to the Contract and to the requirements of Task Order 28.

6. **Wiles Mensch (n/k/a Edwards & Kelcey) - $98,325.38:** In part, these costs represent the unpaid invoices for services relating to: (1) design development work for the relocation of the existing GSA steam tunnel that was expected to conflict with the proposed underground Visitor Screening Facility; (2) the preparation of construction documents / drawings; (3) the performance of construction administration services; and (4) the attendance at numerous project meetings during the construction phase of the project. In accordance with the meeting between Grunley Walsh and the Park Service (i.e. John Fox and Mike Donnelly), Grunley Walsh was instructed to invoice for these services in the Task Order 28 payment applications. As indicated herein, a portion of these invoices (i.e. $61,633.63) were paid. The claimed amount represents a portion of the unpaid balance for these services (i.e. $51,028.12),

which the Park Service recognized was a change to the Contract and to the requirements of Task Order 28.

In addition, the amounts sought for Wiles Mensch include: (1) the design costs (i.e. $42,295) for the irrigation redesign work (including the design costs of Thornton, Thomasetti, Cutts – acting as their subconsultant); and (2) the design costs (i.e. $5,002.26) relating to the lowering of an existing DCWASA stop log system. The services performed for each of these aspects of change work were done at the direction of the Park Service, who was fully aware of the costs involved. In this regard, Park Service has already paid, as a change to Task Order 35, the costs for the construction work relating to the DCWASA stop log system. When added to the other costs sought for Wiles Mensch, the total amount claimed for this vendor is $98,325.38.

7. <u>**Joel Katz Design - $9,660.00**</u>: These costs represent the unpaid invoices for preparing the construction documents relating to the "wayfinding" signage. As with the other A/E services, Task Order 28 did not include costs for the development of these construction documents. The Park Service was advised by letter April 20, 2005 of the additional costs involved with this work, for which Park Service agreed to pay. However, when the initial invoices for this work were submitted, they were never paid. As such, by letter dated September 6, 2006 (see **EXHIBIT 5**) the invoices were resubmitted for payment. Again, the invoices were never paid; nor was a modification for these services ever issued.

In addition to these claimed additional A/E Vendor Invoices, Grunley Walsh also performed additional services, relating to the specific change proposals referenced herein, that have not been paid by the Park Service. The claimed costs for these services total $9,653.17.

Based on the above described unpaid amounts, the total sought in this claim is summarized as follows:

| | |
|---|---|
| A. Claimed Additional A/E Vendor Costs | $457,047.47 |
| B. Claimed Additional GW Costs | $9653.17 |
| C. Claimed Unpaid Task Order Billings | $58,600.13 |
| **Total Claim** | **$525,300.77** |

**Certification**

In accordance with the Contract Disputes Act:

I certify that this claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amounts requested accurately reflect the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

Sincerely,

**GRUNLEY-WALSH JOINT VENTURE, LLC.**

Bassem Soueidan

Operations Manager

Enclosures

cc: Roger C. Jones, Esquire (w/encls.)